In re SWEDELAND DEVELOPMENT GROUP, INC., Debtor.

The RESOLUTION TRUST CORPORATION, as Conservator of Carteret Federal Savings Bank *

v.

SWEDELAND DEVELOPMENT GROUP, INC.; Haylex Acquisition Company; Unsecured Creditor's Committee; First Fidelity Bank, National Association.

Swedeland Development Group, Inc., Appellant.

No. 92–5552.

United States Court of Appeals, Third Circuit.

Nov. 2, 1993.

Present: SLOVITER, Chief Judge, BECKER, STAPLETON, MANSMANN, GREENBERG, HUTCHINSON, SCIRICA, COWEN, NYGAARD, ALITO, ROTH, and LEWIS, Circuit Judges.

### ORDER

A majority of the active judges having voted for rehearing in banc in the above appeal, it is

ORDERED that the Clerk of this Court vacate the panel's opinion and judgment filed

* See Clerk's Order dated Feb. 5, 1993.

October 8, 1993, 1993 WL 394747, and list the above case for rehearing in banc at the convenience of the court.